James CALHOUN–EL, Plaintiff—Appellant,

v.

Jack KAVANAGH; James Peguese; Jack Cragway; Lieutenant Koppel; Major Clark; Captain Ford; Sergeant Rowe; Officer Roger; R. White, Officer, all defendants in their individual and official capacity, Defendants—Appellees.

No. 03–7542.

United States Court of Appeals, Fourth Circuit.

Submitted March 26, 2004.

Decided June 7, 2004.

James Calhoun–El, Appellant pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Calhoun–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Calhoun–El v. Kavanagh,* No. CA–03–4–1–RDB (D.Md. Sept. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*